ELLEN S. ELIAN, by Her Guardian ad Litem, BENJAMIN M. ELIAN, et al., Appellants, v. LYN REALTY CORP., Respondent.— Appeal dismissed. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

MAE DIAMOND, as a Director and Stockholder of JAROLD SHOPS, INC., Suing on Behalf of Herself and the Right of Said Corporation, Respondent, v. EVELYN DIAMOND et al., Appellants. JAY L. ROTHSCHILD, Appellant.— Order appealed from modified so as to deny motion in all respects except as to direct repayment by the defendant Evelyn Diamond of the allowance of $30,000, with interest commencing one day after service of copy of judgment entered on the remittitur of the Court of Appeals. There was no warrant in law or in the exercise of discretion for the other relief granted. All concur. Settle order. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See post, p. 942.]

R. KUPSCH NEW YORK, INC., Respondent, v. CIE D'EXPLOITATIONS COMMER- CIALES AFRICAINES S. A., Appellant, et al., Defendant.— Order appealed from unanimously modified so as to eliminate provision for filing of $8,000 bond, but to provide for granting of defendant's motion upon condition that defendant- appellant pay taxable costs to date, without costs of this appeal. In all the circumstances, the requirement for filing of bond was unwarranted. Settle order. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See post, p. 931.]

MURIEL M. BOBST, Respondent, v. E. WALTON BOBST, Appellant.— Order appealed from reversed and defendant's motion to vacate order of publication and to set aside service of summons thereunder granted. Plaintiff has failed to show compliance with the jurisdictional requirements of section 232 of the Civil Practice Act. All concur. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.; Rabin, J., taking no part.

LELIA CRISTINA, Appellant, v. LOUIS KATZ et al., Doing Business as BERKSHIRE DRUGGISTS SUNDRIES SUPPLY Co., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See post, p. 942.]

LELIA CRISTINA, Appellant, v. LOUIS KATZ et al., Doing Business as BERKSHIRE DRUGGISTS SUNDRIES SUPPLY Co., Respondents.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

KATHERINE McKEGNEY, Respondent, v. FLORENCE F. KOSMAK, Appellant, et al., Defendants.— Order appealed from unanimously modified so as to dis- miss complaint unconditionally unless plaintiff within ten days after service of the order disposing of this appeal furnishes a further affidavit of merits satisfactory to Special Term. The affidavits furnished were insufficient but indicate that opportunity should be afforded plaintiff to satisfy any deficiency. Settle order. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.